| | |
|---|---|
| 1 | STAN S. MALLISON (Bar No. 184191) |
| | StanM@TheMMLawFirm.com |
| 2 | HECTOR R. MARTINEZ (Bar No. 206336) |
| | HectorM@TheMMLawFirm.com |
| 3 | CODY A. BOLCE (Bar No. 322725) |
| | Cbolce@TheMMLawFirm.com |
| 4 | MALLISON & MARTINEZ |
| | 1939 Harrison Street, Suite 730 |
| 5 | Oakland, California 94612-3547 |
| | Telephone: (510) 832-9999 |
| 6 | Facsimile: (510) 832-1101 |

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES VALENZUELA, an individual; ADELA FLORES, an individual; RAYMUNDA MENJIVAR, an individual, on behalf of themselves, all other similarly situated individuals, and other current or former employees,<br><br>Plaintiffs,<br><br>vs.<br><br>BEST-LINE SHADES, INC., a California Corporation; BEST-LINE, INC., a California Corporation; JILL SCHAFFER, an individual; and DOES 1 through 20,<br><br>Defendants. | Case No.: 3:19-CV-07293-JSC<br><br>**PLAINTIFFS' AMENDED RENEWED NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT**<br><br>*Before Hon. Jacqueline Scott Corley*<br><br>Date: June 20, 2024<br>Time: 10:00 am<br>Courtroom: 8 |

**TO THE HONORABLE COURT AND ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on June 20, 2024, at 9:30 a.m., or another time to be determined by the Court, in Courtroom 8 of the above-captioned Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiffs Dolores Valenzuela, Adela Flores, and Raymunda Menjivar ("Plaintiffs") will, and hereby do, move for an Order Granting Default Judgment against Defendants, and the Awarding of Damages, Attorney's Fees and Costs.

Plaintiffs bring this Motion on the grounds that, after engaging in the litigation process to the best of their abilities, Defendants have defaulted in this action against them. This Motion is based on this Notice and Motion, the supporting Memorandum of Points and Authorities, the Declaration of Stan Mallison, including all exhibits attached thereto, the Declaration of Plaintiff Dolores Valenzuela, the Declaration of Plaintiff Adela Flores, the Declaration of Plaintiff Raymunda Menjivar, the record on file herein, and any other evidence and oral argument that may be presented at the hearing, and such other matters of which the Court may take judicial notice.

Dated: May 31, 2024

**MALLISON & MARTINEZ**

/s/ Cody Bolce

By: Stan S. Mallison
Hector R. Martinez
Cody A. Bolce
Caroline L. Hill
Attorneys for Plaintiffs

-2-