UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES VALENZUELA, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>BEST-LINE SHADES, INC., et al.,<br><br>   Defendants. | Case No. 3:19-cv-07293-JSC<br><br>**JUDGMENT** |

Having granted Plaintiffs' motion for default judgment by Order filed July 8, 2024, the Court enters judgment in favor of Plaintiffs and against Defendants Best-Line Shades, Inc., Best-Line, Inc., and its owner and president Jill Schaffer. (Dkt. No. 118.) In accordance with the Court's Order, Plaintiffs are awarded: (1) Class Damages: $1,642,572.92; (2) Individual Damages for Ms. Valenzuela: $948; (3) PAGA penalties: $845,750, with 75% ($634,312.59) awarded to the LWDA and 25% ($211,437.50) awarded to Plaintiffs and the other Aggrieved Employees; and (4) Attorneys' Fees and Costs: $299,666.70.

**IT IS SO ORDERED.**

Dated: July 8, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge